AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>7/30/2024 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>AMAZON TECHNOLOGIES, INC. | | DEFENDANT<br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 8,117,289 B1 | 2/14/2012 | Amazon Technologies, Inc. |
| 2 | 8,296,419 B1 | 10/23/2012 | Amazon Technologies, Inc. |
| 3 | 9,106,540 B2 | 8/11/2015 | Amazon Technologies, Inc. |
| 4 | 9,253,211 B2 | 2/2/2016 | Amazon Technologies, Inc. |
| 5 | 9,329,909 B1 | 5/3/2016 | Amazon Technologies, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 7/30/2024 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF AMAZON TECHNOLOGIES, INC. | | DEFENDANT NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,621,593 B2 | 4/11/2017 | Amazon Technologies, Inc. |
| 7 | 9,756,018 B2 | 9/5/2017 | Amazon Technologies, Inc. |
| 8 | 9,766,912 B1 | 9/19/2017 | Amazon Technologies, Inc. |
| 9 | 11,336,529 B2 | 5/17/2022 | Amazon Technologies, Inc. |
| 10 | 11,425,194 B1 | 8/23/2022 | Amazon Technologies, Inc. |
| 11 | 11,516,080 B2 | 11/29/2022 | Amazon Technologies, Inc. |
| 12 | 11,909,586 B2 | 2/20/2024 | Amazon Technologies, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |||
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |