UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., | |
| Plaintiff, | |
| v. | Civil Action No. _____ |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## AMAZON TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Amazon Technologies, Inc. states that it is owned directly or indirectly by Amazon.com, Inc.  Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

OF COUNSEL:

J. David Hadden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

July 30, 2024

*Attorneys for Plaintiff*