IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION,<br><br>   Defendants. | C.A. No. 24-cv-891-GBW |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

    The parties, subject to the Court's approval, hereby agree that under the circumstances of this action, defendants Nokia Corporation and Nokia Solutions and Networks Oy accept service of the complaint filed in this matter on July 30, 2024 through their U.S. counsel Farnan LLP as of August 6, 2024 and preserve all defenses, including all jurisdictional challenges.

    The parties further agree that the deadline for all defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation, to answer, move, or otherwise respond to the Complaint (D.I. 1) is extended to November 25, 2024.

2

| | |
|---|---|
| Dated: August 12, 2024 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiff* | /s/ Michael J. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of August, 2024.

_____
The Honorable Gregory B. Williams